UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY Q. SHARPER, SR** | **CIVIL ACTION** |
| **VERSUS** | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | **NO.:15-00781-BAJ-EWD** |

ORDER AND RULING

Considering the **Notice of Voluntary Dismissal (Doc. 10)** filed by Plaintiff Anthony Q. Sharper, Sr.,

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this <u>12th</u> day of February, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**